Kurt T. Hendershott (SBN 131036)
Jamie M. Schechter (SBN 227249)
CHAPMAN & INTRIERI, L.L.P.
2236 Mariner Square Drive
Third Floor, Suite 300
Alameda, California 94501-1090
Telephone: (510) 864-3600
Facsimile: (510) 864-3601

Attorneys for Defendant
M2 AUTOMOTIVE INC.

CHAPMAN & INTRIERI, L.L.P.
ATTORNEYS AT LAW
2236 MARINER SQUARE DRIVE
THIRD FLOOR, SUITE 300
ALAMEDA, CALIFORNIA 94501
TELEPHONE: (510) 864-3600
FACSIMILE: (510) 864-3601

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHERIF SWELAM,

Plaintiff,

vs.

M2 AUTOMOTIVE AKA M2 COLLISION CENTERS,

Defendants.

Case No. C 05-00460 MMJ

**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE DATE AND RELATED DATES**

Granted

IT IS HEREBY STIPULATED AND AGREED by Plaintiff SHERIF SWELAM and Defendant M2 AUTOMOTIVE, INC. (collectively "the Parties") by and through their respective counsel, and an order is respectfully requested of this Court based upon this Stipulation, as follows:

1. On April 28, 2005 this Court issued an order allowing for a continuance of the Case Management Conference to July 5, 2005 at 2:00 p.m. in Courtroom 11 in the United States District Court for the Northern District of California, with the Case Management Conference to be filed and the Initial Disclosures completed by June 28, 2005.

2. The Substitution of new counsel for Defendant will either immediately precede or be filed simultaneously with this Stipulation and Order. The parties are stipulating to a brief further extension of time, and respectfully requesting a court order in regard to the same, given matters pertaining to the closure of the facility, which necessarily increases the necessary time for preparation relative to the above Conference and pre-Conference Statement and Disclosure.

3. Counsel for Plaintiff has indicated availability for a further Conference in the afternoon for July 26, August 1 and August 2, 2005, and counsel respectfully request the Court set the matter on one of those dates if at all possible.

4. Accordingly, the parties stipulate (and respectfully request the Court issue an order based upon the same) to continue the Case Management Conference presently scheduled for July 5, 2005 to one of the above dates, or to a date thereafter as available for the Court.

5. The parties additionally stipulate (and respectfully request the Court issue an order based upon the same) to continue the dates for filing of the Case Management Statement and for completing the Initial Disclosures to July 12, 2005, or to a date 14 days prior to the date allowed by the court for the continued Case Management Conference.

IT IS SO STIPULATED:

Dated: June 27. 2005

LAW OFFICES OF STANLEY HILTON

______________________________
Stanley G. Hilton, Esq.
Attorney for Plaintiff Sherif Swelam

Dated: June 27, 2005

CHAPMAN & INTRIERI, L.L.P.

By: ______________________________
Kurt T. Hendershott
Jamie M. Schechter
Attorneys for Defendant
M2 AUTOMOTIVE INC.

CHAPMAN & INTRIERI, L.L.P.
ATTORNEYS AT LAW
2236 MARINER SQUARE DRIVE
THIRD FLOOR, SUITE 300
ALAMEDA, CALIFORNIA 94501
TELEPHONE: (510) 864-3600
FACSIMILE: (510) 864-3601

CHAPMAN & INTRIERI, L.L.P.
ATTORNEYS AT LAW
2236 MARINER SQUARE DRIVE
THIRD FLOOR, SUITE 300
ALAMEDA, CALIFORNIA 94501
TELEPHONE: (510) 864-3600
FACSIMILE: (510) 864-3601

**ORDER**

Based upon the foregoing Stipulation of the Parties, this Court hereby orders the Case Management Conference shall be continued from July 5, 2005 to July 26, 2005 at 2:00 p.m. in Courtroom 11 in the United States District Court for the Northern District of California. This Court further orders that the Case Management Conference Statement is to be filed and the Initial Disclosures completed on or before July 12, 2005.

Dated: 6/28/2005

/s/
THE HONORABLE MARTIN J. JENKINS

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge Martin J. Jenkins

P:\DATA\Open Cases\23295\Pleadings\Stip.Continue.CMC.wpd